Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known) _____ Chapter  11

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Noon Mediterranean, Inc. f/k/a Verts Mediterranean Grill, Inc. f/k/a Verts Kebap, Inc. f/k/a DMS Foods |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-4665849 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Workville - Noon Mediterranean<br>1412 Broadway<br>21st Floor<br>New York, NY 10018 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New York<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   **Noon Mediterranean, Inc. f/k/a Verts Mediterranean Grill, Inc. f/k/a Verts Kebap, Inc. f/k/a DMS Foods**          Case number *(if known)*
         Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.
   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  **Noon Mediterranean, Inc. f/k/a Verts Mediterranean Grill, Inc. f/k/a Verts Kebap, Inc. f/k/a DMS Foods**                    Case number (if known) _____
_____Name_____

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Noon Mediterranean, Inc. f/k/a Verts Mediterranean Grill, Inc. f/k/a Verts Kebap, Inc. f/k/a DMS Foods        Case number (if known) _____
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 3, 2018
               MM / DD / YYYY

X _____/s/ Stefan Boyd_____           Stefan Boyd
  Signature of authorized representative of debtor      Printed name

Title   President and CEO

**18. Signature of attorney**

X _____/s/ Daniel K. Astin_____       Date August 3, 2018
  Signature of attorney for debtor           MM / DD / YYYY

Daniel K. Astin DE - 4068
Printed name

Ciardi Ciardi & Astin
Firm name

1204 N. King Street
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone  302-658-1100        Email address   dastin@ciardilaw.com

4068 DE
Bar number and State

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | : Chapter 11 |
| NOON MEDITERRANEAN, INC. f/k/a VERTS MEDITERRANEAN GRILL, INC. f/k/a VERTS KEBAP, INC. f/k/a DMS FOODS, INC., | : : : : : |
| Debtor. | : Case No. 18- |

### RESOLUTION AUTHORIZING FILING
### PETITION FOR REORGANIZATION OR LIQUIDATION

**WHEREAS,** NOON MEDITERRANEAN, INC., a Delaware Corporation (the "Company"), is unable to pay its debts as they mature, and it is necessary for the Company to reorganize and it is advisable to proceed under the acts of Congress relating to Bankruptcy;

**THEREFORE,** be it resolved the Company is authorized to file a Petition for reorganization under the acts of Congress relating to Bankruptcy.

**RESOLVED,** that Stefan Boyd, President and CEO of the Company, is hereby authorized to execute the Petition and other documents, and to take or cause to be taken such proceedings as may be desirable or necessary to secure the Company any and all relief that it may be entitled to under Title 11 of the U.S. Code, and that Ciardi Ciardi & Astin be employed to carry out the provisions of the Resolution.

NOON MEDITERRANEAN, INC.

Dated: August 3, 2018     By: _____
Name: Stefan Boyd
Title: President and CEO

Fill in this information to identify the case:

Debtor name: **Noon Mediterranean, Inc. f/k/a Verts Mediterranean Grill, Inc. f/k/a Verts Kebap, Inc. f/k/a DMS Foods**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (See below)
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Noon Finance GmbH<br>c/o Thomas D. Bielli, Esquire<br>1500 Walnut Street Suite 900<br>Philadelphia, PA 19102 | | | | | | $8,700,000.00 |
| Meier Gastro GmbH&Co.KG<br>Kratzauer Strasse 2<br>Eichstatt, Germany 85072<br>andreas.meier@martin-meier.de | | | | | | $5,750,000.00 |
| Deutsche Balaton AG<br>Vorsteigstrasse 21<br>Stuttgart, Germany 70193<br>damm@deutsche-balaton.de | | | | | | $4,643,498.75 |
| Ulrich Beck<br>Karl-Wulle-Str. 56<br>Heilbronn, Germany 74076<br>ulrich.beck@beckgroupe.de | | | | | | $2,889,495.75 |
| Anna-Maria Meier<br>Am Anger 4<br>Eichstatt, Germany 85072<br>anna-maria.meier@martin-meier.de | | | | | | $2,377,375.45 |

*One or more of the entities listed may be "insider[s]" (or "affiliates" of "insiders") as defined in section 101 of the Bankruptcy Code. In an abundance of caution, the Debtor has listed its "top 20" creditors. The Debtor's investigation of the status of these entities will continue post-petition; the Debtor reserves the right to amend the list.

Debtor   Noon Mediterranean, Inc. f/k/a Verts Mediterranean Grill, Inc. f/k/a Verts Kebap, Inc. f/k/a DMS Foods

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Andreas Meier<br>Kratzauer Strasse 2<br>Eichstatt, Germany 85072<br>Andreas.meier@meier-eichstaett.de | | | | | | $2,290,570.00 |
| Markus Meier<br>Weissenburger Strasse 15<br>Eichstatt, Germany 85072<br>Markus.meier@martin-meier.de | | | | | | $1,473,437.50 |
| Charlotte Eisenmann-Zippel<br>Bertelestrasse 66<br>Munchen, Germany 81479<br>charlotte.e.zippel@eme-vg.de | | | | | | $1,469,125.00 |
| Noon Finance, LLC<br>c/o Thomas D. Bielli, Esquire<br>1500 Walnut Street Suite 900<br>Philadelphia, PA 19102 | | | | | | $1,300,000.00 |
| BWH5 KG<br>Karl-Wull-Str. 56<br>Heilbronn, Germany 74076<br>ulrich.beck@beckgroup.de | | | | | | $1,135,311.05 |
| Beck Gruppe<br>Karl-Wulle-Str. 56<br>Heilbronn, Germany 74076<br>ulrich.beck@beckgroup.de | | | | | | $483,193.20 |
| Erste BIH Beteiligungs-GmbH & Co. KG<br>Kolpingstrasse 3<br>Eichstatt, Germany 85072<br>andreas.meier@ebs.de | | | | | | $75,325.00 |

Debtor  Noon Mediterranean, Inc. f/k/a Verts Mediterranean Grill, Inc. f/k/a Verts Kebap, Inc. f/k/a DMS Foods
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rene Depelsenaire<br>Elisabethstr. 48<br>Munchen, Germany 80796<br>rene.depelsenaire@web.de | | | | | | $38,812.50 |
| Thomas Printworks<br>P.O. Box 740967<br>Dallas, TX 75374-0967 | | | | | | $38,020.77 |
| King & Spalding<br>P.O. Box 116133<br>Atlanta, GA 30368-6133 | | | | | | $31,630.09 |
| Bavaria International Holding GmbH<br>Kolpingstrasse 3<br>Eichstatt, Germany 85072<br>andreas.meier@ebs.de | | | | | | $18,831.25 |
| SLM Waste<br>P.O. Box 782678<br>Philadelphia, PA 19178-2678 | | | | | | $14,636.57 |
| Service Channel - RSM Maintenance<br>461 From Road<br>Suite 255<br>Paramus, NJ 07652 | | | | | | $13,475.42 |
| Messner Reeves<br>1430 Wynkoop Street<br>Suite 300<br>Denver, CO 80202 | | | | | | $12,926.50 |
| Grady's<br>430 West 4th Street<br>Pueblo, CO 81003 | | | | | | $12,861.78 |

## United States Bankruptcy Court
### District of Delaware

In re  Noon Mediterranean, Inc. f/k/a Verts Mediterranean Grill, Inc. f/k/a Verts Kebap, Inc. f/k/a DMS Foods

Debtor(s)

Case No. _____
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Noon Mediterranean, Inc. f/k/a Verts Mediterranean Grill, Inc. f/k/a Verts Kebap, Inc. f/k/a DMS Foods  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Beck Gruppe GmbH
c/o Ulrich Beck
Karl-Wulle-Str. 56
Heilbronn, Germany 74076

MDHS Holding, GbR
c/o Stefan Boyd
618 Bushwick Avenue
#416
Brooklyn, NY 11206

☐ None [*Check if applicable*]

August 3, 2018
Date

Daniel K. Astin DE - 4068
Signature of Attorney or Litigant
Counsel for  Noon Mediterranean, Inc. f/k/a Verts Mediterranean Grill, Inc. f/k/a Verts Kebap, Inc. f/k/a DMS Foods
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
302-658-1100 Fax:302-658-1300
dastin@ciardilaw.com

Fill in this information to identify the case and this filing:

Debtor Name  Noon Mediterranean, Inc., f/k/a Verts Mediterranean Grill, Inc., f/k/a Verts Kebap, ~~f/k/a DMS Foods~~

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/03/2018            X  /s/ Stefan Boyd
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                       Stefan Boyd
                                       Printed name

                                       President and CEO
                                       Position or relationship to debtor

United States Bankruptcy Court
District of Delaware

In re   Noon Mediterranean, Inc. f/k/a Verts Mediterranean Grill, Inc. f/k/a Verts Kebap, Inc. f/k/a DMS Foods

Debtor(s)

Case No. _____
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: August 3, 2018

_____
Stefan Boyd/President and CEO
Signer/Title

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | | |
|---|---|---|
| Noon Mediterranean, Inc. f/k/a Verts Workville - Noon Mediterranean 1412 Broadway 21st Floor New York, NY 10018 | Mediterranean International Holdings Kolpingstrasse 3 Eichstatt, Germany 85072 andreas.meier@ebs.de | Ernst & Young GmbH - Euros Wittekindstrabe 1a Essen, Germany 45131 |
| Daniel K. Astin DE - Ciardi Ciardi & Astin 1204 N. King Street Wilmington, DE 19801 | Beck Gruppe Karl-Wulle-Str. 56 Heilbronn, Germany 74076 ulrich.beck@beckgroup.de | Erste BIH Beteiligungs-GmbH & Co Kolpingstrasse 3 Eichstatt, Germany 85072 andreas.meier@ebs.de |
| 1Digital 20 N 3rd Street Suite 301 Philadelphia, PA 19106 | Bridg 11388 W. Olympic Boulevard Los Angeles, CA 90064 | Grady's 430 West 4th Street Pueblo, CO 81003 |
| 360 Signs 42 Condon Lane Port Ludlow, WA 98365 | BWH5 KG Karl-Wull-Str. 56 Heilbronn, Germany 74076 ulrich.beck@beckgroup.de | Greystone Roofing & Construction 5099 Highway 377 South Suite 600 Krugerville, TX 76227 |
| A Closer Look 460 South Peachtree Street Norcross, GA 30071 | Cardlytics 75 Remittance Drive Dept. 3247 Chicago, IL 60675-3247 | Johnson Controls (TYCO) Dept. CH 10320 Palatine, IL 60055-0320 |
| AFA Protective Systems P.O. Box 21030 New York, NY 10087-1030 | Charlotte Eisenmann-Zippel Bertelestrasse 66 Munchen, Germany 81479 charlotte.e.zippel@eme-vg.de | King & Spalding P.O. Box 116133 Atlanta, GA 30368-6133 |
| Allstate Fire Equipment P.O. Box 1025 Lynnfield, MA 01940 | Clark Security P.O. Box 847428 Dallas, TX 75284-7428 | Liquid Environmentl P.O. Box 733372 Dallas, TX 75375-3375 |
| Andreas Meier Kratzauer Strasse 2 Eichstatt, Germany 85072 Andreas.meier@meier-eichstaett.de | Delaware County Linen P.O. Box 1364 Linwood, PA 19061 | Markus Meier Weissenburger Strasse 15 Eichstatt, Germany 85072 Markus.meier@martin-meier.de |
| Anna-Maria Meier Am Anger 4 Eichstatt, Germany 85072 anna-maria.meier@martin-meier.de | Deutsche Balaton AG Vorsteigstrasse 21 Stuttgart, Germany 70193 damm@deutsche-balaton.de | Meier Gastro GmbH&Co.KG Kratzauer Strasse 2 Eichstatt, Germany 85072 andreas.meier@martin-meier.de |
| Aramark 22808 Network Place Chicago, IL 60673-1228 | Dog Trick Studios 14264 Hunters Pass Austin, TX 78734 | Messner Reeves 1430 Wynkoop Street Suite 300 Denver, CO 80202 |

Mirus
820 Gessner
Suite 1600
Houston, TX 77024

New York State Insurance Fund
P.O. Box 5239
New York, NY 10008-5239

Nexo Production, LLC
250 S. 36th Street
Philadelphia, PA 19104

Noon Finance GmbH
c/o Thomas D. Bielli, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Noon Finance, LLC
c/o Thomas D. Bielli, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Orkin
P.O. Box 638898
Cincinnati, OH 45263-8898

Paintzen
P.O. Box 645714
Pittsburgh, PA 15264-5255

POS Solutions
6201 E. Oltorf
Suite 650
Austin, TX 78741

Rene Depelsenaire
Elisabethstr. 48
München, Germany 80796
rene.depelsenaire@web.de

Service Channel
18 E. 16th Street
2nd Floor
New York, NY 10003

Service Channel - ASAP Glass & Door
624 W. University Drive #228
Denton, TX 76201

Service Channel - Lawton
1444 N. Central Expressway
McKinney, TX 75070

Service Channel - Nextech
445 West Drive
Suite 103
Melbourne, FL 32904

Service Channel - RSM Maintenance
461 From Road
Suite 255
Paramus, NJ 07652

Service Channel - Simon Roofing
P.O. Box 951109
Cleveland, OH 44193

Service Channel - SLM Facility Solutions
5000 Commerce Drive
Green Lane, PA 18054

Service Channel - Smart Care
P.O. Box 74008980
Chicago, IL 60674-8980

Service Channel - TD Industries
P.O. Box 300008
Dallas, TX 75303-0008

SLM Waste
P.O. Box 782678
Philadelphia, PA 19178-2678

Thomas Printworks
P.O. Box 740967
Dallas, TX 75374-0967

Tribridge Holdings
P.O. Box 829848
Philadelphia, PA 19182

Tyco Simplex Grinnel
Dept. CH  10320
Palatine, IL 60055-0320

Ulrich Beck
Karl-Wulle-Str. 56
Heilbronn, Germany  74076
ulrich.beck@beckgroupe.de

Beck Gruppe GmbH
c/o Ulrich Beck
Karl-Wulle-Str. 56
Heilbronn, Germany  74076

MDHS Holding, GbR
c/o Stefan Boyd
618 Bushwick Avenue
#416
Brooklyn, NY 11206