# EXHIBIT A

| Noon Mediterranean, Inc.<br><br>**Exhibit A**<br>Schedule of Terminated Leases ||||
|---|---|---|---|
| Lease | Non-Debtor Counter Party | Noticing Party's Address | |
| 25626 Northwest Freeway, Suite 500, Cypress, Texas 77429 | Inland American Retail Management, LLC, as Managing Agent for Inland American Cypress Cyfair Limited Partnership (Owner) | 2901 Butterfield Road Oak Brook, IL 60523 | |
| 2630 Pearland Parkway, Suite 110, Pearland, Texas 77581 | TPRF III/SR Pearland, LP | 515 Post Oak Boulevard Suite 1100 Houston, TX 77027<br><br>Greenberg Traurig 1000 Louisiana Street Suite 1000 Houston, TX 77002 | |
| Certain Lot(s) Cedar Park Town Center 183A Frontage Road Cedar Park, Texas 78613 | Cedar Park Town Center LP | 2415 W. Alabama, Suite 205 Houston, TX 77098 Attn: Mr. Barton L. Duckworth | |