# EXHIBIT B

Noon Mediterranean, Inc.

**Exhibit B**

Schedule of Unexpired Leases to be Rejected

| Lease | Non-Debtor Counter Party | Noticing Party's Address | Effective Date of Rejection |
|---|---|---|---|
| 222 Broadway Portion of Ground Floor New York, NY | RAR2-222 Broadway Owner SPE LLC | c/o RREEF Management LLC Deutsche Asset Management 345 Park Avenue, 26th Floor New York, New York 10154 Attn: Sandro Arbulu, Director, Development/Portfolio Manager<br><br>c/o L&L Holding Company, LLC 142 West 57th Street New York, New York 10019 Attn: Sr. V.P. Asset Management<br><br>Haynes and Boone, LLP 30 Rockefeller Plaza, 26th Floor New York, New York 10112 Attention: Noah Shapiro, Esq. | August 6, 2018 |
| Block 851, Lot 1901, One Madison Park Condominium | Rockfeld Group One Madison LLC | c/o Rockfeld Group Attn: Steven Feldman 90 Park Avenue 18th Floor New York, New York 10016<br><br>MarkmanLaw PC Attn.: Jody E. Markman, Esq. 424 Madison Avenue, 5th Floor New York, New York 10017<br><br>c/o 1 Madison JS Member LLC c/o JSRE Management LLC Attention: Steven Montague 660 Madison Avenue | August 6, 2018 |

| | | | |
|---|---|---|---|
| | | New York, New York 10065<br><br>Clifford Chance US LLP<br>Attention: Ness Cohen, Esq.<br>31 West 52nd Street<br>New York, New York 10019 | |
| WeWork 79 Madison Ave | WW 79 Madison Avenue LLC | Attn: Allie Goldberg<br>79 Madison Ave.<br>New York, NY 10016 | August 6, 2018 |
| 275 Madison Avenue, New York, NY | 275 Madison Avenue RPW 1 LLC and 275 Madison Avenue RPW 2 LLC | c/o RPW Group, Inc.<br>800 Westchester Avenue<br>Rye Brook, NY  10573<br><br>Steven C. Hirsch, Esq.<br>*(Counsel for 275 Madison Avenue RPW 1 LLC and 275 Madison Avenue RPW 2 LLC)*<br>Hirsch & Gibaldi, LLP<br>585 Stewart Avenue, Suite 530<br>Garden City, NY  11530 | August 6, 2018 |
| 545 Boylston Street, Boston, Massachusetts | Regency Boylston, LLC | c/o Lincoln Property Company<br>545 Boylston Street, 2nd Floor<br>Boston, MA  02116<br><br>Regency Boylston, LLC<br>c/o Clarion Partners<br>101 Arch Street<br>17th Floor<br>Boston, MA  02110 | August 6, 2018 |
| PI Alley Garage Building, Boston, Massachusetts | 275 Washington Street Corp. as Trustee of Washington Street Realty Trust II | c/o Harwood Properties, LLC<br>275 Washington Street<br>Boston MA  02108<br><br>c/o Harwood Properties, LLC<br>26 Journal Square<br>Jersey City, NJ  07305 | August 6, 2018 |

|  |  |  |  |
|---|---|---|---|
|  |  | Holiday Law Firm P.C.<br>Attn: Washington Street Trust<br>27 Mica Lane, Suite 101<br>Wellesley, MA  02481 |  |
| (University Commons)<br>200 University Blvd, Suite 600, Round Rock, TX 78665 | Chandler IH 35 Retail, LTD | 801 Congress Avenue, Suite 300<br>Austin, TX  78701 | August 6, 2018 |
| (Willow Bend Crossing)<br>1855 N. Dallas Parkway<br>Plano, TX  75093 | Willow Bend Retail Ventures, LP | Attn:  Roger Gault<br>4100 Harry Hines Blvd, Suite 300C, Dallas TX 75219<br><br>Condon Thornton Sladek Harrell PLLC<br>Attn: David N. Condon, Esq.<br>8080 Park Lane, Suite 700<br>Dallas, Texas 75231 | August 6, 2018 |
| 1715 South Loop 288, Suite #100, Denton, Texas 76208 | Tenant:<br>Del Taco, LLC<br><br>Landlord:  The Globerman Family Trust dated November 16, 1990, Michael I Globerman and Diane L Globerman as Trustees | Del Taco, LLC:<br><br>Attn:  Legal Department<br>25521 Commercentre Drive, Lake Forest, CA 92630<br><br>Globerman:<br><br>The Globerman Family Trust<br>12233 Bristol Drive<br>La Mirada, CA  90638 | August 6, 2018 |