**Fill in this information to identify the case:**

Debtor name: __Noon Mediterranean, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known): __18-11814(BLS)__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................  $ 723,302.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................  $ 723,302.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.....  $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................  $ 5,381.40

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................  +$ 33,039,643.64

4. **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                  $ 33,045,025.04