**Fill in this information to identify the case:**

Debtor name: **Noon Mediterranean, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): **18-11814(BLS)**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Dallas County Tax Assessor**<br>**1201 Elm Street**<br>**Suite 2600**<br>**Dallas, TX 75207**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $3,209.68 | $3,209.68 |
| **2.2** Priority creditor's name and mailing address<br>**Tarrant County, City of Southlake**<br>**Keller Independent School District**<br>**c/o Stephen T. Meeks, Esquire**<br>**100 Throckmorton Suite 300**<br>**Fort Worth, TX 76102**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $2,171.72 | $2,171.72 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor  **Noon Mediterranean, Inc.**   Case number (if known) **18-11814(BLS)**
        Name

| | | |
|---|---|---:|
| **3.1** | Nonpriority creditor's name and mailing address<br>**1Digital**<br>**20 N 3rd Street**<br>**Suite 301**<br>**Philadelphia, PA 19106**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $406.25 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**360 Signs**<br>**42 Condon Lane**<br>**Port Ludlow, WA 98365**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $5,403.90 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**A Closer Look**<br>**460 South Peachtree Street**<br>**Norcross, GA 30071**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $4,120.83 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**ADT**<br>**P.O. Box 371878**<br>**Pittsburgh, PA 15250-7878**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,453.08 |
| **3.5** | Nonpriority creditor's name and mailing address<br>**AFA Protective Systems**<br>**P.O. Box 21030**<br>**New York, NY 10087-1030**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $130.00 |
| **3.6** | Nonpriority creditor's name and mailing address<br>**Allison Willis**<br>**3107 Jack Cook Drive**<br>**Unit B**<br>**Austin, TX 78723**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $120.00 |
| **3.7** | Nonpriority creditor's name and mailing address<br>**Allstate Fire Equipment**<br>**P.O. Box 1025**<br>**Lynnfield, MA 01940**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,018.20 |

| Debtor | Noon Mediterranean, Inc. | Case number (if known) | 18-11814(BLS) |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.8 | Nonpriority creditor's name and mailing address<br>American Water & Energy Savers<br>4431 N. Dixie Highway<br>Boca Raton, FL 33431<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $137.62 |
| 3.9 | Nonpriority creditor's name and mailing address<br>Andreas Meier<br>Kolpingstrasse 3<br>Eichstatt, Germany 85072<br>Andreas.meier@meier-eichstaett.de<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,290,570.00 |
| 3.10 | Nonpriority creditor's name and mailing address<br>Anna-Maria Meier<br>Kolpingstrasse 3<br>Eichstatt, Germany 85072<br>anna-maria.meier@martin-meier.de<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,377,375.45 |
| 3.11 | Nonpriority creditor's name and mailing address<br>Aramark<br>22808 Network Place<br>Chicago, IL 60673-1228<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,209.54 |
| 3.12 | Nonpriority creditor's name and mailing address<br>Austin Mueller Market Retain LLC<br>P.O. Box 675034<br>Dallas, TX 75267<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $178.89 |
| 3.13 | Nonpriority creditor's name and mailing address<br>Bavaria International Holding GmbH<br>Kolpingstrasse 3<br>Eichstatt, Germany 85072<br>andreas.meier@ebs.de<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $18,831.25 |
| 3.14 | Nonpriority creditor's name and mailing address<br>Beck Gruppe<br>Carl-Zeiss-Str. 2<br>Neckarsulm, Germany 74172<br>ulrich.beck@beckgroup.de<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $483,193.20 |

| Debtor | Noon Mediterranean, Inc. | Case number (if known) | 18-11814(BLS) |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.15 | Nonpriority creditor's name and mailing address<br>**Bridg**<br>11388 W. Olympic Boulevard<br>Los Angeles, CA 90064<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,800.00 |
| 3.16 | Nonpriority creditor's name and mailing address<br>**BWH5 KG**<br>Carl-Zeiss-Str. 2<br>Neckarsulm, Germany 74172<br>ulrich.beck@beckgroup.de<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,135,311.05 |
| 3.17 | Nonpriority creditor's name and mailing address<br>**Cardlytics**<br>75 Remittance Drive<br>Dept. 3247<br>Chicago, IL 60675-3247<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,188.50 |
| 3.18 | Nonpriority creditor's name and mailing address<br>**Central Texas Refuse**<br>P.O. Box 18685<br>Austin, TX 78760-8685<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $444.63 |
| 3.19 | Nonpriority creditor's name and mailing address<br>**CH Realty VII/R Austin Parmer McNeil**<br>P.O. Box 840189<br>Dallas, TX 75284<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $120.96 |
| 3.20 | Nonpriority creditor's name and mailing address<br>**Charlotte Eisenmann-Zippel**<br>Bertelestrasse 66<br>Munchen, Germany 81479<br>charlotte.e.zippel@eme-vg.de<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,469,125.00 |
| 3.21 | Nonpriority creditor's name and mailing address<br>**City of Boston**<br>P.O. Box 55810<br>Boston, MA 02205<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $705.52 |

| Debtor | Noon Mediterranean, Inc. | | Case number (if known) | 18-11814(BLS) |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.22 | Nonpriority creditor's name and mailing address<br>**City of Dallas**<br>1201 Elm Street<br>Suite 2600<br>Dallas, TX 75270<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,283.94 |
| 3.23 | Nonpriority creditor's name and mailing address<br>**City of Denton**<br>601 E. Hickory Street<br>Suite F<br>Denton, TX 76205<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $143.57 |
| 3.24 | Nonpriority creditor's name and mailing address<br>**City of Georgetown**<br>P.O. Box 1430<br>Georgetown, TX 78627-1430<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,302.80 |
| 3.25 | Nonpriority creditor's name and mailing address<br>**Clark Security**<br>P.O. Box 847428<br>Dallas, TX 75284-7428<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $686.86 |
| 3.26 | Nonpriority creditor's name and mailing address<br>**CSC**<br>251 Little Falls Drive<br>Wilmington, DE 19808-1674<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $257.60 |
| 3.27 | Nonpriority creditor's name and mailing address<br>**CT Corporation**<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $927.00 |
| 3.28 | Nonpriority creditor's name and mailing address<br>**Custom Food Solutions**<br>2505 Data Drive<br>Louisville, KY 40299<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $81,786.34 |

| Debtor | Noon Mediterranean, Inc. | Case number (if known) | 18-11814(BLS) |
|---|---|---|---|

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.29 | Delaware County Linen<br>P.O. Box 1364<br>Linwood, PA 19061<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $234.36 |
| 3.30 | Deutsche Balaton AG<br>Vorsteigstrasse 21<br>Stuttgart, Germany 70193<br>damm@deutsche-balaton.de<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $4,643,498.75 |
| 3.31 | Dog Trick Studios<br>14264 Hunters Pass<br>Austin, TX 78734<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $420.00 |
| 3.32 | Ernst & Young<br>GmbH - Euros<br>Wittekindstrabe 1a<br>Essen, Germany 45131<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $4,490.00 |
| 3.33 | Erste BIH Beteiligungs-GmbH & Co. KG<br>Kolpingstrasse 3<br>Eichstatt, Germany 85072<br>andreas.meier@ebs.de<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $75,325.00 |
| 3.34 | Fine Line Services, Inc.<br>176 South Adam's Street<br>Oswego, IL 60543<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $750.00 |
| 3.35 | Frontier Communications<br>P.O. Box 740407<br>Cincinnati, OH 45274-0407<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $229.78 |

| Debtor | Noon Mediterranean, Inc. | Case number (if known) | 18-11814(BLS) |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Grady's<br>430 West 4th Street<br>Pueblo, CO 81003<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $12,861.78 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Greystone Roofing & Construction<br>5099 Highway 377 South<br>Suite 600<br>Krugerville, TX 76227<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $880.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Groupon of North America<br>5131 West Madison Street<br>Chicago, IL 60644<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,670.53 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>Halo Branded Solutions<br>3182 Momentum Place<br>Chicago, IL 60689-5331<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,231.03 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Husch Blackwell<br>P.O. Box 790379<br>Saint Louis, MO 63179<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $285.00 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>J.J. Keller & Associates, Inc.<br>P.O. Box 6609<br>Carol Stream, IL 60197-6609<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $506.68 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Johnson Controls (TYCO)<br>Dept. CH 10320<br>Palatine, IL 60055-0320<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $116.87 |

| Debtor | Noon Mediterranean, Inc. | Case number (if known) | 18-11814(BLS) |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**King & Spalding**<br>P.O. Box 116133<br>Atlanta, GA 30368-6133<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $31,630.09 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Leonardo Hotels Germany South**<br>Attn: Christoph Kudera, Accounting<br>Taunusstrasse 51<br>Munchen, Germany 80807<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $8,600.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Liquid Environmentl**<br>P.O. Box 733372<br>Dallas, TX 75375-3375<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $636.78 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Markus Meier**<br>Weissenburger Strasse 15<br>Eichstatt, Germany 85072<br>Markus.meier@martin-meier.de<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,473,437.50 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Meier Gastro GmbH&Co.KG**<br>Kolpingstrasse 3<br>Eichstatt, Germany 85072<br>andreas.meier@martin-meier.de<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,750,000.00 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Meltwater News US Inc.**<br>Dept LA 23721<br>Pasadena, CA 91185-3721<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,000.00 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**MEP Inspections, Inc.**<br>275 Madison Avenue<br>14th Floor<br>New York, NY 10016<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,800.00 |

| Debtor | Noon Mediterranean, Inc. | Case number (if known) | 18-11814(BLS) |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address**<br>Messner Reeves<br>Kolpingstrasse 3<br>Eichstaett, Germany  85072<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $14,576.50 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>Mirus<br>820 Gessner<br>Suite 1600<br>Houston, TX 77024<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,801.96 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>New York State Insurance Fund<br>P.O. Box 5239<br>New York, NY 10008-5239<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $504.78 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>Nexo Production, LLC<br>250 S. 36th Street<br>Philadelphia, PA 19104<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,200.00 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>Noon Finance GmbH<br>c/o Thomas D. Bielli, Esquire<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $8,700,000.00 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>Noon Finance, LLC<br>c/o Thomas D. Bielli, Esquire<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,300,000.00 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>Orkin<br>P.O. Box 638898<br>Cincinnati, OH 45263-8898<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,483.04 |

| Debtor | Noon Mediterranean, Inc. | Case number (if known) | 18-11814(BLS) |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address**<br>Paintzen<br>P.O. Box 645714<br>Pittsburgh, PA 15264-5255<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $26,142.96 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>PGF Advisors<br>P.O. Box 374<br>Sandwich, MA 02563<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $3,506.00 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>POS Solutions<br>6201 E. Oltorf<br>Suite 650<br>Austin, TX 78741<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $514.21 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>Rene Depelsenaire<br>Elisabethstr. 48<br>Munchen, Germany  80796<br>rene.depelsenaire@web.de<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $38,812.50 |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>Service Channel<br>18 E. 16th Street<br>2nd Floor<br>New York, NY 10003<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,399.25 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>Service Channel - ASAP Glass & Door<br>624 W. University Drive #228<br>Denton, TX 76201<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $2,762.94 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>Service Channel - Executive Facility Sol<br>445 West Drive<br>Suite 103<br>Melbourne, FL 32904<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $11,662.79 |

| Debtor | Noon Mediterranean, Inc. | Case number (if known) | 18-11814(BLS) |
|---|---|---|---|

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.64 | Service Channel - Lawton<br>1444 N. Central Expressway<br>McKinney, TX 75070<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $931.50 |
| 3.65 | Service Channel - Nextech<br>445 West Drive<br>Suite 103<br>Melbourne, FL 32904<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $14,202.81 |
| 3.66 | Service Channel - RSM Maintenance<br>461 From Road<br>Suite 255<br>Paramus, NJ 07652<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $29,616.73 |
| 3.67 | Service Channel - Simon Roofing<br>P.O. Box 951109<br>Cleveland, OH 44193<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $5,743.47 |
| 3.68 | Service Channel - SLM Facility Solutions<br>5000 Commerce Drive<br>Green Lane, PA 18054<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $162.38 |
| 3.69 | Service Channel - Smart Care<br>P.O. Box 74008980<br>Chicago, IL 60674-8980<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,885.71 |
| 3.70 | Service Channel - TD Industries<br>P.O. Box 300008<br>Dallas, TX 75303-0008<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $7,518.62 |

| Debtor | Noon Mediterranean, Inc. | Case number (if known) | 18-11814(BLS) |
|---|---|---|---|

| 3.71 | Nonpriority creditor's name and mailing address<br>SLM Waste<br>P.O. Box 782678<br>Philadelphia, PA 19178-2678<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $22,176.90 |
|---|---|---|---|
| 3.72 | Nonpriority creditor's name and mailing address<br>SS Retail Development 2013 LP<br>P.O. Box 162304<br>Austin, TX 78716<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $215.87 |
| 3.73 | Nonpriority creditor's name and mailing address<br>Thomas Printworks<br>P.O. Box 740967<br>Dallas, TX 75374-0967<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $38,020.77 |
| 3.74 | Nonpriority creditor's name and mailing address<br>Tribridge Holdings<br>P.O. Box 829848<br>Philadelphia, PA 19182<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,385.00 |
| 3.75 | Nonpriority creditor's name and mailing address<br>Tundra Restaurant Supply<br>Bin 010198<br>Milwaukee, WI 53288-0464<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,898.04 |
| 3.76 | Nonpriority creditor's name and mailing address<br>Tyco Simplex Grinnel<br>Dept. CH 10320<br>Palatine, IL 60055-0320<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $116.87 |
| 3.77 | Nonpriority creditor's name and mailing address<br>Ulrich Beck<br>Carl-Zeiss-Str. 2<br>Neckarsulm, Germany  74172<br>ulrich.beck@beckgroupe.de<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,889,495.75 |

| Debtor | Noon Mediterranean, Inc. | Case number (if known) | 18-11814(BLS) |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,070.16 |
|---|---|---|---|
| | Yelp, Inc.<br>Attn: Jonathan Iaeger<br>140 New Montgomery<br>San Francisco, CA 94105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 5,381.40 |
| 5b. Total claims from Part 2 | 5b. + $ | 33,039,643.64 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.   $ | 33,045,025.04 |